168 So. 601

## Robert L. CARLISLE v. TRY–ME BOTTLING CO.

### 6 Div. 949.

Supreme Court of Alabama.

April 16, 1936.

Rehearing Denied June 11, 1936.

Taylor & Higgins, of Birmingham, for petitioner.

Cabaniss & Johnston and Jos. F. Johnston, all of Birmingham, opposed.

THOMAS, Justice.

Petition of Robert L. Carlisle for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Carlisle v. Try-Me Bottling Co., '168 So. 598.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.